E. J. Pauler, appellant, v. Robert F. Bates, appellee. Gen. No. 32,798.

Opinion filed October 9, 1931.

William R. Wiley, for appellant. Moses, Kennedy, Stein & Bachrach, for appellee; Seymour A. Greenblatt, of counsel.

Mr. Justice Kerner delivered the opinion of the court.